JULIETTE H. J. COLMAN, SUING BY HER HUSBAND AND NEXT FRIEND, F. E. COLMAN, *Plaintiff in Error*, v. MARTIN MACHA, *Defendant in Error*.

### Decision Filed May 31, 1924.

Where the members of the appellate court are equally divided in opinion as to whether a judgment on writ of error snould be reversed or affirmed, and there is no prospect of a change of judicial opinion, the judgment should be affirmed, so that the litigation may not be unduly prolonged.

A Writ of Error to the Circuit Court for Dade County; H. Pierre Branning, Judge.

Affirmed.

*C. L. Brown*, for Plaintiff in Error;

*A. B. & C. C. Small*, for Defendant in Error.

PER CURIAM.—In this case the Chief Justice, Mr. Justice Ellis and Mr. Justice West are of the opinion that the

judgment rendered by the trial court to which the writ of error is addressed should be affirmed, while Mr. Justice Whitfield, Mr. Justice Browne and Mr. Justice Terrell are of the opinion that said judgment should be reversed; and, there being no prospect of a change of judicial opinion, the judgment should be affirmed on the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 South. Rep. 51; Pensacola Electric Co. v. Humphreys, 61 Fla. 389, 54 South. Rep. 452; Quigg, Chief of Police, v. Radel, 86 Fla. 197, 97 South. Rep. 380; and State *ex rel.* Amos v. Hamwey, decided at this term.

An order will be entered affirming the judgment herein.

All concur.